020619.0015.2V. 01164443 .001

# United States Bankruptcy Court

Eastern District of North Carolina Fayetteville Division

1805618. Court.278
18-05618-5-JNC

IN RE
ANDREW LYLE DICE
1301 KOINONIA DRIVE

SPRING LAKE, NC 28390

SSN or Tax I.D. XXX-XX-9831

1805618
BRENTON D. ADAMS
ATTORNEY AT LAW
PO BOX 1389
DUNN, NC 28335

U.S. Bankruptcy Court
P.O. Box 791
Raleigh, NC 27602

Other Names Used:

CLAIM NO: -Court-A    U.S.

## OBJECTION TO CONFIRMATION

The undersigned Chapter 13 Trustee reports to the Court that the plan of the debtor(s) does not meet the requirements of 11 USC 1325 in that:

Plan fails to provide residential mortgage treatment pursuant to § 1325(a)(1);
EDNC LBR 3070-2

Wherefore, the Chapter 13 Trustee objects to confirmation of the Chapter 13 Plan as proposed and request that that the court conduct a hearing on Trustee's objection.

DATED: February 06, 2019                    /S/ Joseph A. Bledsoe, III

                                            Joseph A. Bledsoe, III
                                            Chapter 13 Trustee

| | | | |
|---|---|---|---|
| Court | Served Electronically | | |
| Trustee | Joseph A. Bledsoe, III | | P.O. Box 1618<br>New Bern, NC 28563 |
| Debtor | ANDREW LYLE DICE | | 1301 KOINONIA DRIVE<br>SPRING LAKE, NC 28390 |
| 799 | 000002 | BRENTON D. ADAMS<br>PO BOX 1389 | ATTORNEY AT LAW<br>DUNN, NC 28335 |

4 NOTICES

THE ABOVE REFERENCED NOTICE WAS MAILED TO EACH OF THE ABOVE ON 02/06/2019.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED ON   02/06/2019   BY  /S/EPIQ Systems, Inc.

*CM - Indicates notice served via Certified Mail