UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

Andrew Lyle Dice,   Chapter 13
                    Case No.: 18-05618-5-JNC

    Debtor.

## MOTION TO CONTINUE

NOW COMES Marlo Thaggard-O'Tuel, Esquire, attorney for Debtor herein, and moves the Court for a continuance of the hearing scheduled for March 20, 2019 to a later date. The basis of the request for continuance is due to the Debtor having filed the Second Amended Plan within fourteen (14) days of the date of the confirmation hearing.

WHEREFORE, the undersigned attorney for Debtors hereby moves for an Order continuing the Confirmation Hearing scheduled for March 20, 2019 to be continued to a later date.

I SO MOVE.

BRENT ADAMS & ASSOCIATES

/s/ Marlo Thaggard-O'Tuel
MARLO THAGGARD-O'TUEL
Attorney for Debtor
PO Box 1389
Dunn, NC 28335
Phone:    (910) 892-8177
Facsimile: (910) 483-7903
marlo@brentadams.com

Dated: March 18, 2019

## CERTIFICATE OF SERVICE

I, Kimberly Cronos, certify that I am a paralegal employed by Brent Adams & Associates, that I am more than 18 years of age and that I served this day copies of the foregoing Motion to Continue to the Debtor by first class mail or by hand delivery; and to the Chapter 13 Trustee, Joseph A. Bledsoe, III, Esquire, via the electronic notification system. I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2019

BRENT ADAMS & ASSOCIATES

/s/ Kimberly Cronos
Paralegal

```
Label Matrix for local noticing          Alabama Housing Finance Authority      U. S. Bankruptcy Court
0417-5                                    PO Box 242928                          300 Fayetteville Street, 4th Floor
Case 18-05618-5-JNC                       Montgomery, AL 36124-2928              P.O. Box 791
Eastern District of North Carolina                                               Raleigh, NC 27602-0791
Raleigh
Fri Feb 22 08:11:51 EST 2019

Gateway One Lending & Finance             Gateway One Lending & Finance          Gateway One Lending & Finance, LLC
Attn: Managing Agent                      Attn: Managing Agent                   175 N Riverview Drive
160 N. Riverview Dr., Ste 100             PO Box 650004                          Anaheim, CA 92808-1225
Anaheim, CA 92808-2293                    Dallas, TX 75265-0004


ServiSolutions                            Thomas E. McDonald, Esq.               Andrew Lyle Dice
Attn: Managing Agent                      Brock & Scott, PLLC                    1301 Koinonia Drive
PO Box 242967                             5431 Oleander Dr., Suite 200           Spring Lake, NC 28390-1548
Montgomery, AL 36124-2967                 Wilmington, NC 28403-5857


Brenton D. Adams                          Joseph A. Bledsoe III
Brent Adams & Associates                  PO Box 1618
PO Box 1389                               New Bern, NC 28563-1618
Dunn, NC 28335-1389
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Alabama Housing Finance Authority      End of Label Matrix
PO Box 242928                             Mailable recipients    10
Montgomery, AL 36124-2928                 Bypassed recipients     1
                                          Total                  11
```