# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
Andrew Lyle Dice
**( debtor has no known aliases )**
1301 Koinonia Drive
Spring Lake, NC 28390

CASE NO.: 18–05618–5–JNC

DATE FILED: November 19, 2018

CHAPTER: 13

ORDER CONTINUING CONFIRMATION HEARING

IT IS ORDERED that the hearing on confirmation is continued.

DATE:    Thursday, April 4, 2019
TIME:    10:30 AM
PLACE:   U. S. Post Office & Federal Building, Third Floor Courtroom, 301 Green Street, Fayetteville, NC 28303

 Objections to the amended plan are due 7 days prior to the continued hearing date indicated above.

 The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: March 19, 2019

Joseph N. Callaway
United States Bankruptcy Judge