UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

Andrew Lyle Dice,                           Chapter 13
                                            Case No.: 18-05618-5-JNC

            Debtor.

## MOTION TO CONTINUE

NOW COMES Brenton D. Adams, Esquire, attorney for Debtor herein, and moves the Court for a continuance of the hearing scheduled for April 4, 2019 to a later date. The basis of the request for a continuance is due to the debtor's attorney being scheduled for trial in the Harnett County Superior Court the week of April 1st, and it is anticipated the trial will last approximately five (5) days.

WHEREFORE, the undersigned attorney for Debtors hereby moves for an Order continuing the Confirmation Hearing scheduled for April 4, 2019 to be continued to a later date.

                                            BRENT ADAMS & ASSOCIATES

                                            /s/ Brenton D. Adams
                                            BRENTON D. ADAMS
                                            Attorney for Debtor
                                            PO Box 1389
                                            Dunn, NC 28335
                                            Phone:    (910) 892-8177
                                            Facsimile: (910) 483-7903
Dated: March 29, 2019                       Brent@brentadams.com

## CERTIFICATE OF SERVICE

I, Kimberly Cronos, certify that I am a paralegal employed by Brent Adams & Associates, that I am more than 18 years of age and that I served this day copies of the foregoing Motion to Continue to the Debtor by first class mail or by hand delivery; and to the Chapter 13 Trustee, Joseph A. Bledsoe, III, Esquire, via the electronic notification system. I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 29, 2019

BRENT ADAMS & ASSOCIATES

/s/ Kimberly Cronos
Paralegal

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0417-5<br>Case 18-05618-5-JNC<br>Eastern District of North Carolina<br>Raleigh<br>Fri Feb 22 08:11:51 EST 2019 | Alabama Housing Finance Authority<br>PO Box 242928<br>Montgomery, AL 36124-2928 | U. S. Bankruptcy Court<br>300 Fayetteville Street, 4th Floor<br>P.O. Box 791<br>Raleigh, NC 27602-0791 |
| Gateway One Lending & Finance<br>Attn: Managing Agent<br>160 N. Riverview Dr., Ste 100<br>Anaheim, CA 92808-2293 | Gateway One Lending & Finance<br>Attn: Managing Agent<br>PO Box 650004<br>Dallas, TX 75265-0004 | Gateway One Lending & Finance, LLC<br>175 N Riverview Drive<br>Anaheim, CA 92808-1225 |
| ServiSolutions<br>Attn: Managing Agent<br>PO Box 242967<br>Montgomery, AL 36124-2967 | Thomas E. McDonald, Esq.<br>Brock & Scott, PLLC<br>5431 Oleander Dr., Suite 200<br>Wilmington, NC 28403-5857 | Andrew Lyle Dice<br>1301 Koinonia Drive<br>Spring Lake, NC 28390-1548 |
| Brenton D. Adams<br>Brent Adams & Associates<br>PO Box 1389<br>Dunn, NC 28335-1389 | Joseph A. Bledsoe III<br>PO Box 1618<br>New Bern, NC 28563-1618 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Alabama Housing Finance Authority<br>PO Box 242928<br>Montgomery, AL 36124-2928 | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients    1<br>Total                  11 |