**SO ORDERED.**

**SIGNED this 29 day of March, 2019.**



_Joseph N. Callaway_
**Joseph N. Callaway**
**United States Bankruptcy Judge**

___

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## FAYETTEVILLE DIVISION

IN RE:

ANDREW LYLE DICE             CASE NO: 18-05618-5-JNC
1301 KOINONIA DRIVE          CHAPTER 13
SPRING LAKE, NC  28390
    DEBTOR

### CONSENT ORDER

THIS CAUSE coming on to be heard upon the Trustee's Motion to Dismiss and the Debtor's response thereto.

AND IT APPEARING TO THE COURT that the Debtor and the Chapter 13 Trustee have consented to resolve this matter and request the entry of this Consent Order based upon the following:

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Debtor will resume regular payments of $1,294.00 each month beginning March 2019. Debtor will make additional payments of $339.00 each month for six (6) months to bring the plan current beginning April 2019. In the event the Debtor fails to make any payment due within thirty (30) days of the due date, for a period of seven (7) months, this case will be dismissed without further notice or hearing.

CONSENTED TO:

s/Joseph A. Bledsoe, III
JOSEPH A. BLEDSOE, III
CHAPTER 13 TRUSTEE

_Brenton D. Adams_
BRENTON D. ADAMS
ATTORNEY FOR DEBTOR

"End of Document"