UNITED STATES BANKRUPTCY
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

Andrew Lyle Dice,　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　Case No.: 18-05618-5-JNC

　　　　Debtor.

## MOTION TO CONTINUE

NOW COMES Brenton D. Adams, Esquire, attorney for Debtor herein, and moves the Court for a continuance of the hearing scheduled for May 1, 2019 to a later date. The Debtors' attorney is currently in negotiation with the attorney for Gateway One Lending and Finance, LLC to resolve the Objection to Confirmation of Plan and hopes to resolve the matter without need for a hearing.

WHEREFORE, the undersigned attorney for Debtors hereby moves for an Order continuing the Confirmation Hearing scheduled for May 1, 2019 to be continued to a later date.

　　　　　　　　　　　　　　　　　　BRENT ADAMS & ASSOCIATES

　　　　　　　　　　　　　　　　　　/s/ Brenton D. Adams
　　　　　　　　　　　　　　　　　　BRENTON D. ADAMS
　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　PO Box 1389
　　　　　　　　　　　　　　　　　　Dunn, NC 28335
　　　　　　　　　　　　　　　　　　Phone:　　(910) 892-8177
　　　　　　　　　　　　　　　　　　Facsimile: (910) 483-7903
Dated: April 30, 2019　　　　　　　　Brent@brentadams.com

| Label Matrix for local noticing | Alabama Housing Finance Authority | U. S. Bankruptcy Court |
|---|---|---|
| 0417-5 | PO Box 242928 | 300 Fayetteville Street, 4th Floor |
| Case 18-05618-5-JNC | Montgomery, AL 36124-2928 | P.O. Box 791 |
| Eastern District of North Carolina | | Raleigh, NC 27602-0791 |
| Raleigh | | |
| Fri Feb 22 08:11:51 EST 2019 | | |
| Gateway One Lending & Finance | Gateway One Lending & Finance | Gateway One Lending & Finance, LLC |
| Attn: Managing Agent | Attn: Managing Agent | 175 N Riverview Drive |
| 160 N. Riverview Dr., Ste 100 | PO Box 650004 | Anaheim, CA 92808-1225 |
| Anaheim, CA 92808-2293 | Dallas, TX 75265-0004 | |
| ServiSolutions | Thomas E. McDonald, Esq. | Andrew Lyle Dice |
| Attn: Managing Agent | Brock & Scott, PLLC | 1301 Koinonia Drive |
| PO Box 242967 | 5431 Oleander Dr., Suite 200 | Spring Lake, NC 28390-1548 |
| Montgomery, AL 36124-2967 | Wilmington, NC 28403-5857 | |
| Brenton D. Adams | Joseph A. Bledsoe III | |
| Brent Adams & Associates | PO Box 1618 | |
| PO Box 1389 | New Bern, NC 28563-1618 | |
| Dunn, NC 28335-1389 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Alabama Housing Finance Authority
PO Box 242928
Montgomery, AL 36124-2928

End of Label Matrix
Mailable recipients    10
Bypassed recipients     1
Total                  11